UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NUMBER: 6:00-CR-20084-01 |
| VERSUS | JUDGE HAIK |
| DELIO JESUS CANDIA | MAGISTRATE METHVIN |

*ORDER*

Accordingly, **IT IS ORDERED** that **VALERIE GARRETT** be and is hereby allowed to strike her name as counsel of record for **DELIO JESUS CANDIA** in the above captioned and numbered matter and the clerk not send any further electronic notices.

Signed at Lafayette, Louisiana, on November 26, 2007.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)