
RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 5/12/11

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION 00-20084 |
| VERSUS | JUDGE HAIK |
| DELIO JESUS CANDIA | MAGISTRATE JUDGE HANNA |

## <u>RULING</u>

For the reasons contained in Report and Recommendation of the Magistrate Judge, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED** that the defendant's Notice of Appeal is deemed timely filed due to excusable neglect as permitted in the Federal Rules of Appellate Procedure Rule 4(b)(4).

**IT IS FURTHER ORDERED** that the defendant's Letter/Motion for Clarification is **DISMISSED AS MOOT.**

**THUS DONE** and **SIGNED** on this 12th day of May, 2011.

RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA