RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 5/12/11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION 00-20084** |
| **VERSUS** | **JUDGE HAIK** |
| **DELIO JESUS CANDIA** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

Delio Jesus Candia's motion, styled Petitioner's Fed. R. Civ. P. 60(b)(6) Motion Requesting for a Nunc Pro Tunc Amended Judgment of the District Court's Final Order Denying Petitioner's Title 28 U.S.C. §2255 Motion Dated August 30, 2007, was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of the objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Petitioner's Fed. R. Civ. P. 60(b)(6) Motion Requesting for a Nunc Pro Tunc Amended Judgment of the District Court's Final Order Denying Petitioner's Title 28 U.S.C. §2255 Motion Dated August 30, 2007 (Rec. Doc. 496) is deemed a successive *habeas corpus* petition and is summarily **TRANSFERRED** to the United States Court of Appeals for the

Fifth Circuit pursuant to 28 U.S.C. § 1631 for further proceedings in accordance with the provisions of 28 U.S.C. § 2244(b).

Lafayette, Louisiana, this 2nd day of May, 2011.

_____
DISTRICT JUDGE RICHARD T. HAIK, SR.